UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                                    :
  ORIBE HAIR CARE, LLC,                             :
                                                    :
                                    Plaintiff,      :
                                                    :
                      v.                            :
                                                    :
  ORIBE CANALES and ORIZAK, LLC *d/b/a* :
  ORIBE SALON,                                      :
                                                    :
                                   Defendants.      :
                                                    :
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  June 27, 2017

17 Civ. 3757 (KPF)

SCHEDULING ORDER

KATHERINE POLK FAILLA, District Judge:

On June 27, 2017, the Court held an initial pretrial conference in this matter. For the reasons set forth on the record during that conference, it is hereby ORDERED that:

- Because Defendants have agreed not to publish during this litigation — in any form — the image that precipitated the parties' instant dispute (*see* Dkt. #1, at 8), the January 13, 2017 Temporary Restraining Order (Dkt. #11) is DISSOLVED. Plaintiff's outstanding motion for a preliminary injunction (Dkt. #6) and Defendants' motion to dissolve the Temporary Restraining Order (Dkt. #30) are DENIED AS MOOT.

- This matter is STAYED until **August 28, 2017**, to afford the parties time to negotiate a global settlement of their pending legal disputes.

- If the parties are unable to reach settlement, Plaintiff is ORDERED to file an amended complaint on **August 28, 2017**. Defendants are ORDERED

to file their answer, counterclaims, and motion for judgment on the

pleadings **on or before September 27, 2017**.

SO ORDERED.

Dated:      June 27, 2017
            New York, New York

_____
            KATHERINE POLK FAILLA
            United States District Judge

2